1
2
3
4       JS-6
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10
11  TYRONE CEDRIC DUREN,              Case No. 5:23-cv-00772-FWS-KES
12          Plaintiff,
13      v.                            **JUDGMENT**
14  J. DOERER, Warden, et al.,
15          Defendants.
16
17
18      Pursuant to the Court's Order Accepting Report and Recommendation of U.S.
19  Magistrate Judge,
20      IT IS ADJUDGED that the Complaint is dismissed with prejudice and
21  without leave to amend.
22
23
24  Dated:  January 16, 2024
                                    _____
25                                  Hon. Fred W. Slaughter
                                    UNITED STATES DISTRICT JUDGE
26
27
28